RECEIPT #_____
AMOUNT $ 0
SUMMONS ISSUED YES
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. Kim Abaid
DATE 1-5-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JAN -5 P 2: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Court No. |
| ) | |
| Edmund OBrien Linton, ) | MAGISTRATE JUDGE Collings |
| ) | |
| *Defendant*. ) | |

## COMPLAINT

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. The defendant, Edmund OBrien Linton (hereinafter "Linton"), resides in the District of Massachusetts at 84 Winter Street, Stoughton, MA 02072-2844.

3. Linton is indebted to the United States in the principal amount of $31,248.82 plus interest computed at the rate of 3.55 percent per annum for a total amount of $32,585.66 as of January 2, 2004. Thereafter, interest on the principal amount will accrue at the rate of 3.55 percent per annum until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

4. Linton has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against Linton in the principal amount of $31,248.82; plus interest in the amount of $863.82; plus interest on this principal at an annual rate of 3.55 percent per annum until the date of judgment, plus filing fee of $150.00 pursuant to 28 U.S.C. §2412 (a)(2). The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal rate until paid in full.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Christopher R. Donato

        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3303

Dated: January 2, 2004