UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )
                                 )
    v.                           )    Civil No. 04-10005-JLT
                                 )
EDMUND O'BRIEN LINTON            )
                                 )
              Defendant.         )

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, Edmund O'Brien Linton, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby agrees to the entry of a consent judgment in the sum of $33,569.50 which includes the principal amount of $31,248.82 and interest in the amount of $1,847.66 through April 15, 2004, plus interest at 3.55 percent per annum from April 15, 2004, through the date of judgment and interest at the legal rate thereafter until paid in full.

3. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

4. The defendant is required to submit a personal financial statement, which is issued by the Department of Justice, on or before the anniversary date of this judgment, each year this judgment remains outstanding.

5. Costs shall be paid by the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

*/s/ Christopher R. Donato*
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Defendant,

*/s/ Edmund O'Brien Linton*
EDMUND O'BRIEN LINTON
84 Winter Street
Stoughton, MA 02072-2844

APPROVED THIS 20TH DAY OF July 2004

_____
U.S. District Court Judge